IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Greystone Mortgage, Inc., and First Financial Lending LLC, *on behalf of themselves and all others similarly situated*, | : : : | Civil Action |
| v. | : : | |
| Equifax Workforce Solutions LLC and Equifax, Inc., | : : | No.: 2:24-cv-02260-JFM |

### ORDER

AND NOW, this  2nd  day of  July  20 24 , it is hereby

ORDERED that the application of  Alan Freedman _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.