IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREYSTONE MORTGAGE, INC., AND FIRST FINANCIAL LENDING LLC, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC AND EQUIFAX, INC.,<br><br>Defendants. | No. 2:24-cv-02260-JFM |

**DEFENDANT EQUIFAX INC.'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Equifax Inc. submits the following Financial Disclosure Statement:

Defendant Equifax Inc. is a Georgia corporation, publicly traded as EFX on the New York Stock Exchange. Equifax Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 9, 2024

*/s/* Alan B. Freedman
Alan B. Freedman*
David I. Gelfand*
Leah Brannon*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel. (202) 974 1500
afreedman@cgsh.com
dgelfand@cgsh.com
lbrannon@cgsh.com

Christopher H. Casey (50625)
Joseph R. Welsh (329626)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979 1155
             (215) 979 1163
chcasey@duanemorris.com
jrwelsh@duanemorris.com

*Counsel for Defendants
Equifax Workforce Solutions, LLC
and Equifax Inc.*

\**Appearing pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024 I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

*/s/* Alan Freedman
Alan Freedman
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel. (202) 974 1500
afreedman@cgsh.com