## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREYSTONE MORTGAGE, INC., and FIRST FINANCIAL LENDING LLC, *on behalf of themselves and all others similarly situated*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC and EQUIFAX, INC.,<br><br>        Defendants. | Case No. 2:24-cv-2260-JFM |

### DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendants Equifax Workforce Solutions LLC and Equifax, Inc. (together, "Equifax") hereby move under the Federal Arbitration Act, 9 U.S.C. § 3, to stay the action so that the parties can proceed to arbitration in Missouri. In the alternative, Equifax moves to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(c). In support of this Motion, Equifax incorporates by reference and relies upon the accompanying Memorandum of Law and accompanying certification, declarations and exhibits.

Dated:  July 25, 2025

Respectfully Submitted,

*/s/ Edward J. Bennett*
Edward J. Bennett (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Elise Baumgarten (*pro hac vice*)
Sean Douglass (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
ebennett@wc.com
jpitt@wc.com
ebaumgarten@wc.com

sdouglass@wc.com

Christopher H. Casey (50625)
Joseph Welsh (329626)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
chcasey@duanemorris.com
jrwelsh@duanemorris.com

*Counsel for Defendants Equifax Workforce Solutions LLC and Equifax, Inc.*