# EXHIBIT B

| Name/ User Id/ Email Id | Created Date | Last Signed in date | Last T&C Accepted Date | Last Version Accepted | T&C Acceptance History | Orders Placed Date |
|---|---|---|---|---|---|---|
| Robert Salotto<br>Robertsalotto<br>robert@firstfinanciallending.com<br>Processing@firstfinanciallending.com | 04/26/2017 | 06/26/2023 6:11:00 PM | June 14, 2023 at 11:17:44.250 AM UTC-5 | 7 | | 2023-06-26T18:06:31.69Z |
| Robert.Salotto<br>robert@firstfinanciallending.com | 03/12/2025 | 06/18/2025 3:34:00 PM | March 12, 2025 at 3:59:36.737 PM UTC-5 | 106 | March 12, 2025 at 3:59:36.737 PM UTC-5 | 2025-03-19T00:47:48.478Z<br>2025-03-13T17:35:33.05Z |
| Marc D'Ambrosio<br>Marc.dambrosio<br>marc@greystonemortgage.com | 10/11/2023 | 06/20/2025 6:57:25 PM | June 3, 2025 at 3:01:34.224 PM UTC-5 | 106 | 102 October 12, 2023 at 12:45:03.779 PM UTC-5<br>104 June 5, 2024 at 3:56:29.235 PM UTC-5<br>106 June 3, 2025 at 3:01:34.224 PM UTC-5 | 2025-06-03T20:14:04.092Z<br>2024-06-05T21:04:12.306Z<br>2023-10-12T18:52:45.342Z<br>2023-10-12T18:13:30.787Z |