# EXHIBIT D

## Login Screen




## Presented with T&Cs



## Terms and Conditions

We are excited to announce the availability of the new All Employers within 90 Days ™ solution! There is also an update and billing change for All Employers within 12 Months ™ and All Employers within 24 Months ™ so that you are now billed upon statuses returned. Your agreement now includes these updates and applicable terms and conditions. Please review and acknowledge.

**ONLINE UNIVERSAL MEMBERSHIP AGREEMENT**

**for**

**Equifax Verification Services**

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES

Use of this website and Equifax Verification Services therein is expressly conditioned upon acceptance of the terms and conditions set forth in this Online Universal Membership Agreement (the "Agreement'). This Agreement is effective at the time you sign up to accept these terms and conditions on the applicable website ("Effective Date") and is entered into by and between Equifax Workforce Solutions LLC, a Missouri limited liability company and provider of Equifax Verification Services ("EVS") and you ("Company" or "User"). EVS's delivery of the Services to Company shall constitute EVS's acceptance of this Schedule A and its agreement to be bound by the terms and conditions hereof as of the Effective Date. By accepting these terms and conditions, User agrees to be legally bound by them and intends this to be an agreement accepted and signed by User. If User does not agree with any part of the following terms and conditions, User must promptly exit this website, and the User may not use this website or the services offered herein. User may exit this website at any time.

**RECITALS:**

☐ I have reviewed and agree to the above Terms and Conditions.

Agree & Continue >

Disagree & Logout

**ABILITY TO DOWNLOAD PDF OF T&Cs (TOP RIGHT)**




**DOWNLOADED T&Cs**



**AGREE & CONTINUE**
**Takes user to product ordering page with solutions tiles.**

