# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREYSTONE MORTGAGE, INC., and FIRST FINANCIAL LENDING LLC, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC and EQUIFAX, INC.,<br><br>Defendants. | Case No. 2:24-cv-2260-JFM |

**DECLARATION OF EDWARD J. BENNETT**

I, Edward J. Bennett, declare and state as follows:

1. My name is Edward J. Bennett. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am a partner at the law firm Williams & Connolly LLP. I represent Defendants, Equifax Workforce Solutions LLC and Equifax, Inc. (together "Equifax") in the above captioned matter against Plaintiffs Greystone Mortgage, Inc. and First Financial Lending LLC, and I have been admitted *pro hac vice* in this matter.

3. In the above-captioned matter, although the parties have started the discovery process, no depositions have been noticed or taken. The parties have served discovery requests on one another and document subpoenas on third-parties. Plaintiffs made their first and only production of documents to-date yesterday afternoon, July 24, 2025. Plaintiffs' entire production totaled just 60 pages. And Equifax has not obtained any documents from third-parties in response to Equifax's subpoenas.

4. Attached hereto as Exhibit I is a true and correct copy of Equifax's responses and objections to Plaintiffs' first request for production in the above captioned litigation.

5. On July 15, 2025, my team learned that, in connection with searching for potentially responsive documents, Equifax discovered that both Plaintiffs had recently accepted Terms & Conditions that contained arbitration provisions via an Equifax web portal.

6. On Wednesday, July 16, 2025, shortly after learning this from Equifax, I alerted Plaintiffs to the binding arbitration provisions and requested that they consent to arbitrate their claims or alternatively stay discovery pending a motion to compel arbitration. We offered to continue engaging in discovery if Plaintiffs agreed not to argue that the continuation of discovery during the pendency of the motion would constitute waiver. Attached hereto as Exhibit J is a true and correct copy of Counsel-for-the-parties' July 16, 2025 email correspondence.

7. Counsel for the parties met and conferred on Friday, July 18, 2025, but Plaintiffs refused to agree to any of our requests.

8. Over the following week, Equifax filed a motion to stay discovery pending a forthcoming motion to compel arbitration on July 21, 2025, and between July 21-24, 2025 sent notices of the motion to each recipient of a third-party subpoena sent by Equifax.

9. According to documents produced by Plaintiffs on July 24, 2025, Robert Salotto is First Financial Lending LLC's founder and Principal. Attached hereto as Exhibit K is a true and correct copy of First_Financial_0007. Marc D'Ambrosio is Greystone Mortgage Inc.'s President. Attached hereto as Exhibit L is a true and correct copy of Plaintiffs' initial disclosures in the above captioned litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2025.

Edward J. Bennett (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave SW
Washington, D.C. 20024
(202) 424-5083
ebennett@wc.com