# EXHIBIT J

**From:** Dave Rochelson <drochelson@garwingerstein.com>
**Sent:** Wednesday, July 16, 2025 4:59 PM
**To:** Bennett, Edward <EBennett@wc.com>; Katie R. Beran <kberan@hausfeld.com>; Douglass, Sean <SDouglass@wc.com>; Dan Chiorean <dchiorean@odrlaw.com>; Richard Schwartz <rschwartz@bm.net>; Daniel P. Weick <dweick@hausfeld.com>; Zelly Rosa <zrosa@hausfeld.com>; Andrew Curley <acurley@bm.net>; Julia R. McGrath <jmcgrath@bm.net>; Ida Abhari <iabhari@hausfeld.com>
**Cc:** Baumgarten, Elise <EBaumgarten@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Otis V, R. Chet <rcotis@wc.com>; Mufti, Altumash <AMufti@wc.com>; MacMillan, Aden <amacmillan@wc.com>; Poissonnier, Marc <mpoissonnier@wc.com>; Casey, Christopher H. <chcasey@duanemorris.com>; Welsh, Joseph R. <jrwelsh@duanemorris.com>
**Subject:** RE: Greystone Mortgage v. Equifax Workforce Solutions: Motion to Compel Arbitration

Thanks Ted. Plaintiffs do not consent to dismissal. We are available to meet and confer Friday 2-4pm ET.

David B. Rochelson
Partner
Garwin Gerstein & Fisher LLP
Mobile: 917 704 0860
88 Pine St, 28th Floor ▪ New York, NY 10005

**From:** Bennett, Edward <EBennett@wc.com>
**Sent:** Wednesday, July 16, 2025 10:17 AM
**To:** Katie R. Beran <kberan@hausfeld.com>; Douglass, Sean <SDouglass@wc.com>; Dave Rochelson <drochelson@garwingerstein.com>; Dan Chiorean <dchiorean@odrlaw.com>; Richard Schwartz <rschwartz@bm.net>; Daniel P. Weick <dweick@hausfeld.com>; Zelly Rosa <zrosa@hausfeld.com>; Andrew Curley <acurley@bm.net>; Julia R. McGrath <jmcgrath@bm.net>; Ida Abhari <iabhari@hausfeld.com>
**Cc:** Baumgarten, Elise <EBaumgarten@wc.com>; Pitt, Jonathan <JPitt@wc.com>; Otis V, R. Chet <rcotis@wc.com>; Mufti, Altumash <AMufti@wc.com>; MacMillan, Aden <amacmillan@wc.com>; Poissonnier, Marc <mpoissonnier@wc.com>; Casey, Christopher H. <chcasey@duanemorris.com>; Welsh, Joseph R. <jrwelsh@duanemorris.com>
**Subject:** Greystone Mortgage v. Equifax Workforce Solutions: Motion to Compel Arbitration

Counsel – we learned yesterday that Robert Salotto of First Financial used TWN for a verification on March 12, 2025, and Marc D'Ambrosio of Greystone used TWN for a verification on June 3, 2025, both via TWN's eCommerce channel. To do so, both accepted EWS's then-current Terms & Conditions (attached) on behalf of themselves and Plaintiffs. By their doing so, Plaintiffs agreed to arbitrate disputes relating to TWN and to waive the right to bring or join a class action:

13. **APPLICABLE LAW.** This Agreement shall be governed by the laws of the State of Missouri, without giving effect to the principles of conflict of laws thereof.

14. **ARBITRATION.** Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration in St. Louis, Missouri, administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgement on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Additionally, each of the parties hereby waive, to the fullest extent permitted by applicable laws, the right to bring or join any class action proceedings.

15. **WAIVER OF JURY TRIAL.** EACH PARTY AGREES TO WAIVE AND HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY ACTION, SUIT, PROCEEDING, DISPUTE, CLAIM, OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE SERVICES.

We believe this agreement between the parties divests the federal district court of jurisdiction over this litigation. Unless Plaintiffs will consent to dismissal, we intend to move to compel arbitration as soon as we are able. If you will not agree to dismissal, please provide us with times this week when you are available to meet and confer regarding our imminent motion. Until this issue is resolved and to avoid any argument that we have waived arbitration, we intend to suspend all discovery activities in the federal litigation. Of course, if you will agree not to argue that continuing with discovery during the pendency of our motion does not constitute a waiver of our right to arbitrate or indicate any consent to the court's jurisdiction, we will agree to continue with discovery.

Please let us know Plaintiffs' position as soon as possible.

Best regards,

Ted

**Edward Bennett**
**Williams & Connolly LLP**
680 Maine Avenue, SW
Washington, DC 20024
(P) 202-434-5083 | (F) 202-434-5029
ebennett@wc.com | www.wc.com/ebennett
he, him, his