# EXHIBIT K

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*

## *CERTIFICATE OF FORMATION*

## *FIRST FINANCIAL LENDING LLC*

*0400595577*

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey state law on 08/20/2013 and was assigned identification number 0400595577. Following are the articles that constitute its original certificate.

**1. Name:**

FIRST FINANCIAL LENDING LLC

**2. Registered Agent:**

ROBERT SALOTTO

**3. Registered Office:**

2 STAFFORD PLACE
SEWELL, NJ 08080

**4. Business Purpose:**

MORTGAGE SERVICES

**5. Members/Managers:**

ROBERT SALOTTO
2 STAFFORD PLACE
SEWELL, NJ 08080

**6. Main Business Address:**

2 STAFFORD PLACE
SEWELL, NJ 08080

**Signatures:**

ROBERT SALOTTO
AUTHORIZED REPRESENTATIVE

THE GREAT SEAL OF THE STATE OF NEW JERSEY
LIBERTY AND PROSPERITY
1776

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 20th day of August, 2013*

*Andrew P Sidamon-Eristoff*
*State Treasurer*

Certification#

Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp