# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREYSTONE MORTGAGE, INC., and FIRST FINANCIAL LENDING LLC, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC, and EQUIFAX, INC.,<br><br>Defendants. | Case No. 2:24-cv-02260-JFM<br><br>Hon. John F. Murphy |

## JOINT STIPULATION TO EXTEND TIME

Plaintiffs Greystone Mortgage, Inc., and First Financial Lending LLC, and Defendants Equifax Workforce Solutions LLC and Equifax, Inc., by and through their undersigned counsel, hereby stipulate and agree to the following deadlines:

| | |
|---|---|
| **Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings** | Monday, August 25, 2025 |
| **Defendants' Reply in Support of Defendants' Motion to Compel Arbitration and Stay Proceedings** | Monday, September 8, 2025 |

The Parties respectfully request that the Court enter an order approving this schedule and direct the Clerk to reset the deadlines accordingly.

Dated: August 1, 2025

/s/ *Katie R. Beran*
Katie R. Beran (PA Bar No. 313872)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
kberan@hausfeld.com

Brian A. Ratner (PA Bar No. 85661)
Ida Abhari (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 540-7200
bratner@hausfeld.com
iabhari@hausfeld.com

Daniel P. Weick (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
Gisela Rosa (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
dweick@hausfeld.com
kmadiraju@hausfeld.com
zrosa@hausfeld.com

Bruce E. Gerstein (*pro hac vice*)
David Rochelson (*pro hac vice*)
Jon Gerstein (*pro hac vice*)
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 28th Floor
New York, NY 10005
Tel: (212) 398-0055
bgerstein@garwingerstein.com
drochelson@garwingerstein.com
jgerstein@garwingerstein.com

Joshua H. Grabar, Esq. (PA Bar No. 82525)
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103

/s/ *Edward J. Bennett*
Edward J. Bennett (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Elise Baumgarten (*pro hac vice*)
Sean Douglass (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
ebennett@wc.com
jpitt@wc.com
ebaumgarten@wc.com
sdouglass@wc.com

Christopher H. Casey (PA Bar No. 50625)
Joseph Welsh (PA Bar No. 329626)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
chcasey@duanemorris.com
jrwelsh@duanemorris.com

*Counsel for Defendants Equifax Workforce Solutions LLC and Equifax, Inc.*

Tel: (267) 507-6085
jgrabar@grabarlaw.com

Dan Chiorean (*pro hac vice*)
Thomas Maas (*pro hac vice*)
Caroline L. Hoffman (*pro hac vice*)
**ODOM & DES ROCHES LLC**
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
dchiorean@odrlaw.com
tmaas@odrlaw.com
choffman@odrlaw.com

Andrew C. Curley (PA Bar No. 91290)
Julia R. McGrath (PA Bar No. 323771)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
jmcgrath@bergermontague.com
acurley@bergermontague.com

Richard Schwartz (PA Bar No. 308607)
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 257-0255
rschwartz@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

_____
Honorable John F. Murphy

Date: August 4, 2025