**HAUSFELD**

August 26, 2025

**Katie R. Beran**
**Partner**

325 Chestnut Street
Suite 900
Philadelphia, PA 19106

T: +1 215 985 3270
E: kberan@hausfeld.com

**VIA ECF**

Hon. John F. Murphy
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 3809
Philadelphia, PA 19106

Re: *Greystone Mortgage, Inc. v. Equifax Workforce Solutions LLC*, No. 2:24-cv-02260 (JFM)

Dear Judge Murphy:

In light of the upcoming September 2, 2025 deadline (given that the September 1 deadline falls on Labor Day) to amend pleadings (DI 66), Defendants' Motion to Compel Arbitration and Stay Proceedings (DI 114), the Court's order temporarily staying discovery in the above-captioned matter (DI 117), and Plaintiffs' Motion to Enjoin Enforcement of Defendants' Arbitration Clause and Limit Defendants' Communications With Class Members (DI 121), please find attached the Parties' Joint Stipulation and [Proposed] Order Regarding Scheduling.

Respectfully submitted,

*/s/ Katie R. Beran*
Katie R. Beran

CC:    *Counsel of Record (via ECF)*

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC