# EXHIBIT Y

Learn more about  **LSEG**

 Reuters

My News    

# Equifax must face antitrust lawsuit over verification services

By **Mike Scarcella**

February 18, 2025 7:33 PM EST  Updated February 18, 2025

  



Credit reporting company Equifax Inc. corporate offices are pictured in Atlanta, Georgia, U.S., September 8, 2017. REUTERS/Tami Chappell <u>Purchase Licensing Rights</u> ⬈

## Companies

 **Equifax Inc**

Follow

Feb 18 (Reuters) - Data analytics giant Equifax <u>(EFX.N)</u> ⬈ must face a lawsuit by home mortgage lenders that accused it of monopolizing the market for electronic income and employment verification services, a federal judge in Philadelphia <u>ruled</u> ⬈ on Tuesday.

U.S. District Judge John Murphy rejected Equifax's motion to dismiss the case brought by Greystone Mortgage and First Financial Lending, which alleged that the company used exclusive long-term deals with worker data sources to squelch competition.

9/16/25, 5:58 PM

Case 2:24-cv-02260-JFM Equifax must face antitrust lawsuit over verification services | Reuters Filed 09/17/25 Page 3 of 13

> Get a quick look at the days breaking legal news and analysis from The Afternoon Docket newsletter. Sign up here.

Employers, landlords and lenders use electronic verification to review applicants' income and employment information. Equifax receives verification information through its contracts with payroll providers and major companies, the lawsuit said.

Greystone Mortgage and First Financial Lending said Equifax is violating U.S. antitrust law by locking up data sources and blocking rival verification services from receiving the same work and income information.

Equifax in a statement defended its platform and said it will "continue to respond to this litigation through the appropriate legal channels."

Lawyers for the plaintiffs in a statement said they welcomed the judge's ruling and will be "developing the record to support our clients' allegations concerning Equifax's anticompetitive conduct."

The lawsuit was filed last May on behalf of a proposed class of at least tens of thousands of purchasers of Equifax's income and employment services.

Greystone Mortgage and First Financial Lending said Equifax's alleged monopolization has meant fewer options and higher prices for companies that rely on electronic verification.

The lawsuit also accused Equifax of using acquisitions to maintain unfair dominance.

Murphy said Equifax's industry deals ultimately "may be more procompetitive than anticompetitive," but he said that dispute is "for a different day."

The judge set a March 25 hearing to address the next phase of the lawsuit.

The case is Greystone Mortgage Inc and First Financial Lending LLC v. Equifax Workforce Solutions LLC and Equifax Inc, U.S. District Court for the Eastern District of Pennsylvania, No. 2:24-cv-02260.

For plaintiffs: Katie Beran and Brian Ratner of Hausfeld; Bruce Gerstein and David Rochelson of Garwin Gerstein & Fisher; and Joshua Grabar of Grabar Law Office

For defendant: Leah Brannon and David Gelfand of Cleary Gottlieb Steen & Hamilton, and Christopher Casey of Duane Morris

Read more:

Equifax hit with antitrust class action over work verification services

Our Standards: **The Thomson Reuters Trust Principles.** 

Suggested Topics:

Litigation    Regulatory Oversight

Purchase Licensing Rights

## Read Next / Editor's Picks

World
**Trump files $15 billion defamation case against New York Times, Penguin Random House**
ago

Government
**US judge upholds Fed's debit card 'swipe fees' rule, in split with other court**
September 15, 2025

Bloomberg Law News 2025-09-17T07:51:35449898644-04:00

# Equifax Loses Motion to Toss Income Verification Services Claims

By Katie Arcieri 2025-02-19T11:48:31000-05:00

- Equifax accused of exclusive deals to maintain monopoly
- Federal judge says plaintiff had plausible antitrust claims

Credit reporting agency Equifax Inc. failed to convince a federal judge to dismiss antitrust claims that it schemed to monopolize the electronic income and employment verification market.

Judge John F. Murphy of the US District Court for the Eastern District of Pennsylvania said Tuesday that lender Greystone Mortgage Inc. plausibly alleged that Equifax's conduct foreclosed at least 40 percent of the market through multiyear and de facto exclusive deals.

"There are a variety of reasons that these deals, on balance, may be more procompetitive than anticompetitive," Murphy said. "But that is dispute for a different day."

The case reflects the scrutiny of the business practices of Equifax and other credit reporting agencies, which have been sued by private plaintiffs on other antitrust grounds. The Federal Trade Commission also has examined how the agencies collect and process data for credit reports.

In this case, Equifax is accused of making exclusive deals with data providers including ADP and Paychex, which allowed it to dominate the electronic income and employment verification market.

As a result of Equifax's dominance, the company allegedly charged inflated prices to such mortgage company customers as Greystone and others who sought to verify applicants' income and employment information.

Murphy said Greystone sufficiently alleges that Equifax charged verifiers more than it could charge if it hadn't undertaken an anticompetitive scheme to exclude competitors from the market.

## Hobbled Rivals?

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Equifax argued that increased prices may be offset by verifiers receiving a higher-quality offering, making antitrust injury speculative.

Murphy disagreed, saying that while Equifax may have a "fair counterpoint," all Greystone must do at this stage of the case is plausibly allege that anticompetitive effects outweigh procompetitive virtues.

"And Greystone does that—Greystone alleges that Equifax 'hobble[d] rivals,' hampered competition, and did not make 'its product better,'" Murphy said.

Equifax also said Greystone didn't meet its burden of pleading the overall effect of the alleged conduct after considering whether both sides of the alleged market—matching employment data from providers on one side with verifiers seeking that data on the other—harmed competition.

Greystone didn't need to allege a two-sided transaction platform characterized by two sets of consumers on opposite sides of the platform, Murphy said.

"Equifax is not merely an intermediary—it provides a materially different product to verifiers than it receives from data providers," Murphy said. "Accordingly, we find that Greystone plausibly alleges a one-sided market. Therefore, we do not analyze whether Greystone has pled harm to data providers, rather than just harm to verifiers, for the purposes of this motion."

Greystone is represented by Hausfeld LLP. Equifax is represented by Cleary Gottlieb Steen & Hamilton LLP and Duane Morris LLP.

The case is Greystone Mortg. Inc. v. Equifax Workforce Sols. LLC , E.D. Pa., No. 2:24-cv-02260, 2/18/25 .

To contact the reporter on this story: Katie Arcieri in Washington at karcieri@bloombergindustry.com

To contact the editor responsible for this story: Rob Tricchinelli at rtricchinelli@bloombergindustry.com

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Equifax Loses Motion to Toss Income Verification Services Claims

## Related Articles

Credit Reporting Companies Face Antitrust Suit Over Medical Debt

## Related Documents

Order

Docket

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service


Law360

**Portfolio Media. Inc.** | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Equifax Can't Duck Employment Verification Monopoly Claims

By **Hailey Konnath**

Law360 (February 18, 2025, 11:05 PM EST) -- A Pennsylvania federal judge on Tuesday refused to throw out a proposed class action accusing Equifax of monopolizing the income and employment verification market, rejecting Equifax's argument that plaintiff Greystone Mortgage hasn't plausibly alleged that Equifax engaged in anticompetitive conduct.

U.S. District Judge John F. Murphy denied the motion to dismiss lodged by Equifax Workforce Solutions LLC, holding that Greystone Mortgage Inc.'s allegations are adequate to proceed. Notably, Greystone has sufficiently outlined what could be anticompetitive conduct, Judge Murphy said.

"Greystone plausibly alleges that Equifax's conduct foreclosed at least 40% of the market through multiyear exclusive deals and de facto exclusive deals," the judge said. "There are a variety of reasons that these deals, on balance, may be more procompetitive than anticompetitive. But that is [a] dispute for a different day."

The suit centers on Equifax's work number service, which provides verification of income and employment for landlords, employers and others looking to verify applicants' backgrounds. The service acts as a single point of contact for as many verification inquiries as possible, the judge said.

In the complaint, Greystone claims that Equifax works aggressively to collect and lock up relevant data sources to maintain its market-leading position, according to the order. Equifax has done this by entering into exclusive deals with a significant number of data providers, Greystone said. On top of that, Equifax has acquired potential new competitors instead of competing against them, Greystone claimed.

Equifax's alleged conduct has resulted in fewer options and higher prices for verifiers, or those in need of employment verification services, Greystone said.

In **Tuesday's order**, Judge Murphy noted that Greystone pointed to specific price increases "from which we can plausibly infer supracompetitive pricing." Equifax had argued that the increased prices could've stemmed from verifiers getting a "higher-quality" service, an argument that Judge Murphy called "a fair counterpoint."

"But all Greystone must do at this stage is 'plausibly allege that [the anticompetitive effects outweigh [the] procompetitive virtues,'" the judge said. "And Greystone does that."

On top of that, Judge Murphy shot down Equifax's argument that the verification services market is two-sided, and injury to verifiers therefore shouldn't be considered in isolation.

"Taking the facts alleged in the complaint as true, as we must during this phase, Equifax is not merely an intermediary — it provides a

materially different product to verifiers than it receives from data providers," the judge said. "Accordingly, we find that Greystone plausibly alleges a one-sided market."

Katie R. Beran of Hausfeld LLP, one of the attorneys representing the proposed class, told Law360 on Tuesday, "We welcome the court's decision and look forward to engaging in discovery and developing the record to support our clients' allegations concerning Equifax's anticompetitive conduct."

Counsel for Equifax didn't immediately respond to a request for comment late Tuesday.

Greystone is represented by Katie R. Beran, Jeannine M. Kenney and Brian A. Ratner of Hausfeld LLP and Bruce E. Gerstein, David B. Rochelson, Jonathan Gerstein and Kimberly Hennings of Garwin Gerstein & Fisher LLP.

Equifax is represented by Leah Brannon, David I. Gelfand and Alan B. Freedman of Cleary Gottlieb Steen & Hamilton LLP and Christopher H. Casey and Joseph R. Welsh of Duane Morris LLP.

The case is Greystone Mortgage Inc. et al. v. Equifax Workforce Solutions LLC et al., case number 2:24-cv-02260, in the U.S. District Court for the Eastern District of Pennsylvania.

--Editing by Michael Watanabe.

*Correction: A previous version of this article misstated counsel information for Greystone. The error has been corrected.*

All Content © 2003-2025, Portfolio Media, Inc.

2/18/25 REUTERS LEGAL 22:13:10

REUTERS LEGAL
Copyright (c) 2025 Thomson Reuters

February 18, 2025

## Equifax must face antitrust lawsuit over verification services

Mike Scarcella

(Reuters) - Data analytics giant Equifax must face a lawsuit by home mortgage lenders that accused it of monopolizing the market for electronic income and employment verification services, a federal judge in Philadelphia ruled on Tuesday.

U.S. District Judge John Murphy rejected Equifax's motion to dismiss the case brought by Greystone Mortgage and First Financial Lending, which alleged that the company used exclusive long-term deals with worker data sources to squelch competition.

Employers, landlords and lenders use electronic verification to review applicants' income and employment information. Equifax receives verification information through its contracts with payroll providers and major companies, the lawsuit said.

Greystone Mortgage and First Financial Lending said Equifax is violating U.S. antitrust law by locking up data sources and blocking rival verification services from receiving the same work and income information.

Equifax in a statement defended its platform and said it will "continue to respond to this litigation through the appropriate legal channels."

Lawyers for the plaintiffs in a statement said they welcomed the judge's ruling and will be "developing the record to support our clients' allegations concerning Equifax's anticompetitive conduct."

The lawsuit was filed last May on behalf of a proposed class of at least tens of thousands of purchasers of Equifax's income and employment services.

Greystone Mortgage and First Financial Lending said Equifax's alleged monopolization has meant fewer options and higher prices for companies that rely on electronic verification.

The lawsuit also accused Equifax of using acquisitions to maintain unfair dominance.

Murphy said Equifax's industry deals ultimately "may be more procompetitive than anticompetitive," but he said that dispute is "for a different day."

The judge set a March 25 hearing to address the next phase of the lawsuit.

The case is Greystone Mortgage Inc and First Financial Lending LLC v. Equifax Workforce Solutions LLC and Equifax Inc, U.S. District Court for the Eastern District of Pennsylvania, No. 2:24-cv-02260.

For plaintiffs: Katie Beran and Brian Ratner of Hausfeld; Bruce Gerstein and David Rochelson of Garwin Gerstein & Fisher; and Joshua Grabar of Grabar Law Office

For defendant: Leah Brannon and David Gelfand of Cleary Gottlieb Steen & Hamilton, and Christopher Casey of Duane Morris

Read more:

Equifax hit with antitrust class action over work verification services

**---- Index References ----**

Company: EQUIFAX INC.; EQUIFAX WORKFORCE SOLUTIONS LLC; CLEARY GOTTLIEB STEEN & HAMILTON LLP

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate Events (1CR05); Legal (1LE33); Liability (1LI55))

Industry: (Banking (1BA20); Consumer Finance (1CO55); Financial Services (1FI37); Mortgage Banking (1MO85); Retail Banking Services (1RE38))

Region: (Americas (1AM92); North America (1NO39); Pennsylvania (1PE71); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (Greystone Mortgage Inc; First Financial Lending LLC; U.S. District Court; Grabar Law Office; Equifax Inc; Equifax Workforce Solutions LLC; Cleary Gottlieb Steen & Hamilton)

Keywords: antitrust; realestate; banking

Word Count: 385

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.





Pricing   News   Columns   Antitrust Chronicles   TechREG Chronicles

# Equifax Must Face Suit Over Alleged Market Monopolization

BY **CPI**
FEBRUARY 19, 2025



A federal judge has ruled that data analytics company Equifax (EFX.N) must face a lawsuit alleging that it monopolized the market for electronic income and employment verification services.  According to Reuters, U.S. District Judge John Murphy in Philadelphia denied Equifax's motion to dismiss the case, allowing the lawsuit brought by Greystone Mortgage and First Financial Lending to proceed.



Case 2:24-cv-02260-JFM    Document 126-13    Filed 09/17/25    Page 12 of 13

The lawsuit, initially filed in May, claims that Equifax has used exclusive long-term agreements with worker data sources to prevent competition in the electronic verification industry. Employers, landlords, and lenders rely on these services to confirm applicants' income and employment history. Per Reuters, the lawsuit states that Equifax secures verification data through contracts with payroll providers and major corporations, limiting access for competing verification services.

Greystone Mortgage and First Financial Lending argue that Equifax's practices violate U.S. antitrust laws by restricting rivals' access to crucial work and income data. The plaintiffs contend that these alleged monopolistic tactics have led to higher costs and fewer choices for businesses that depend on electronic verification services. The lawsuit also claims that Equifax has used acquisitions to maintain its dominant position in the industry.

**Read more:** Equifax Accused of Monopolizing Employment Verification Market in New Suit

In response, Equifax defended its platform, stating that it will "continue to respond to this litigation through the appropriate legal channels." Meanwhile, lawyers representing the plaintiffs welcomed the court's decision, emphasizing their intent to further build the case to support claims of Equifax's alleged anticompetitive behavior, according to Reuters.

Judge Murphy noted that while Equifax's industry agreements could potentially be seen as procompetitive rather than anticompetitive, that question remains to be resolved at a later stage in the litigation. He has scheduled a hearing on March 25 to discuss the next steps in the case.



The lawsuit seeks to represent a proposed class of at least tens of thousands of companies that have purchased Equifax's income and employment verification services. The case is filed under Greystone Mortgage Inc and First Financial Lending LLC v. Equifax Workforce Solutions LLC and Equifax Inc, in the U.S. District Court for the Eastern District of Pennsylvania, case number 2:24-cv-02260.

**Source: Reuters**

# UK Regulator to Scrutinize £723m Student Housing Merger

BY **CPI**

SEPTEMBER 16, 2025





The Competition and Markets Authority (CMA) is weighing whether to formally investigate Unite Group's proposed £723 million acquisition of Empiric Student

