UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Greystone Mortgage, Inc., and First Financial Lending LLC, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Equifax Workforce Solutions LLC and Equifax, Inc.,<br><br>                    Defendants. | Case No. 2:24-cv-02260-JFM<br><br>Hon. John F. Murphy |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION (DI 114) AND PLAINTIFFS' MOTION TO ENJOIN ENFORCEMENT OF DEFENDANTS' ARBITRATION CLAUSE (DI 121)**

The U.S. Court of Appeals for the Third Circuit recently issued a precedential opinion in *Valli v. Avis Budget Group*, No. 24-3025. Exhibit A, 2025 WL 3638356, at *1 (3d Cir. Dec. 16, 2025). The *Valli* opinion supports Plaintiffs' arguments that Defendants waived any right to compel arbitration (DI 122 at 7–16) and Plaintiffs' motion to enjoin enforcement of the arbitration clause pursuant to Rule 23(d) (DI 121-1 at 6–17). While the court vacated a decision Plaintiffs had cited, the panel affirmed the principle for which Plaintiffs cited it. DI 122 at 12 (citing 2024 WL 4349747 (D.N.J. Sep. 30, 2024)).

In *Valli*, the Third Circuit agreed with Plaintiffs' positions on waiver. The Court held that Avis "'knew' of its prospective right" to invoke arbitration "even if it lacked a present ability to enforce it[.]" 2025 WL 3638356, at *7. The "relevant window" for evaluating waiver begins when the party "first adopted the class-waiver and arbitration provisions." *Id.* at *10. To enforce an arbitration clause, "a party must give clear, reasonably prompt record notice of its intent to exercise

1

its arbitration right and then promptly move to do so once the event occurs." *Id.* at *9. In stark contrast to Avis's conduct in *Valli* (*id.* at *2), Equifax did not provide that notice in its Answer or the parties' initial case management report, and then sought discovery from parties they contend had agreed to arbitration. DI 122 at 3–4. The Third Circuit's decision warns against precisely this kind of "outcome-oriented gamesmanship." 2025 WL 3638356, at *8.

    *Valli* also confirmed that Rule 23(d) empowers courts to invalidate post-complaint arbitration clauses, even in seemingly routine terms and conditions. *Id.* at *13–14. Under Rule 23(d), "a district court *may* have the authority to invalidate mid-litigation contract changes that mislead or coerce putative members or otherwise undermine the orderly administration of a class action." *Id.* at *14. This is particularly the case where defendants "'engraft[] arbitration clauses'" onto "agreements of plaintiffs whose claims ha[ve] already arisen," and misleadingly "omit[] critical information" such as "any mention of the ongoing case[.]" *Id.* at *13–14 & n.26.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Katie R. Beran*
Katie R. Beran (PA Bar No. 313872)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
kberan@hausfeld.com

Daniel P. Weick (*pro hac vice*)
Kartik S. Madiraju (*pro hac vice*)
Gisela Rosa (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
dweick@hausfeld.com
kmadiraju@hausfeld.com
zrosa@hausfeld.com

Brian A. Ratner (PA Bar No. 85661)
Ida Abhari (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 540-7200
bratner@hausfeld.com
iabhari@hausfeld.com

Bruce E. Gerstein (*pro hac vice*)
David Rochelson (*pro hac vice*)
Jon Gerstein (*pro hac vice*)
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 28th Floor
New York, NY 10005
Tel: (212) 398-0055
bgerstein@garwingerstein.com
drochelson@garwingerstein.com
jgerstein@garwingerstein.com

Andrew C. Curley (PA Bar No. 91290)
Julia R. McGrath (PA Bar No. 323771)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
jmcgrath@bergermontague.com
acurley@bergermontague.com

Richard Schwartz (PA Bar No. 308607)
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 257-0255
rschwartz@bergermontague.com

Dan Chiorean (*pro hac vice*)
Thomas Maas (*pro hac vice*)
Caroline L. Hoffman (*pro hac vice*)
**ODOM & DES ROCHES LLC**
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
dchiorean@odrlaw.com
tmaas@odrlaw.com
choffman@odrlaw.com

Joshua H. Grabar, Esq. (PA Bar No. 82525)
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiffs and the Proposed Class*