**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREYSTONE MORTGAGE, INC.,** | : | **CIVIL ACTION** |
| **FIRST FINANCIAL LENDING LLC** | : | |
| | : | |
| **v.** | : | **NO.  24-2260** |
| | : | |
| **EQUIFAX WORKFORCE** | : | |
| **SOLUTIONS LLC, EQUIFAX, INC.** | : | |

## ORDER

**AND NOW**, this 17th day of February 2026, upon consideration of defendant Equifax

Workforce Solutions LLC and Equifax, Inc.'s motion to compel arbitration and stay proceedings

(DI 114), plaintiffs Greystone Mortgage, Inc. and First Financial Lending LLC's response in

opposition (DI 122), Equifax's reply (127), Greystone and First Financial's motion to enjoin

enforcement of defendant's arbitration clause and limit defendant's communication with class

members as to this litigation (DI 121), Equifax's response in opposition (DI 126), Greystone and

First Financial's reply (DI 129), the parties' notices of supplemental authority (DI 129, 130, 134,

135), the record from the January 15, 2025 case management conference, and for the reasons

stated in the accompanying memorandum, it is **ORDERED:**

1.      Equifax's motion to compel arbitration and stay proceedings (DI 114) is

**DENIED.**

2.      Greystone and First Financial's motion to enjoin enforcement of defendant's

arbitration clause and limit defendant's communication with class members as to this litigation

(DI 121) is **GRANTED** in part and **DENIED** in part.

3.      Within **30 days**, Equifax is **ORDERED** to:

   a. Draft a curative notice to all putative class members that have accepted Equifax's

   post-complaint Membership Agreement.  The curative notice must inform all

recipients of the nature and history of this litigation, the relief sought by plaintiffs, and inform them of the right to rescind their agreement to arbitration for purposes of this litigation only.  The curative notice should also mention that putative class members' ability to join the class action will be subject to the ultimate certification of a class.

b.  After drafting a curative notice, counsel for Equifax shall meet and confer with counsel for Greystone and First Financial regarding the language of its curative notice.  As soon as thereafter practicable, the parties must file a joint proposed curative notice for the court's approval.  Upon our approval, the curative notice must be issued to all putative class members that have accepted the agreement to date.

c.  Equifax must revise its Online Universal Membership Agreement to apprise users of the existence and nature of this litigation and their potential rights in it.  Equifax shall thereafter file a copy of its revised Online Universal Membership Agreement for the court's review.  Upon our approval, Equifax will be permitted to enforce any arbitration agreements entered into after that date.

MURPHY, J.

2