IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREYSTONE MORTGAGE, INC., and FIRST FINANCIAL LENDING LLC, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EQUIFAX WORKFORCE SOLUTIONS LLC and EQUIFAX, INC.,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-2260-JFM<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that Defendants Equifax Workforce Solutions, LLC and Equifax, Inc. ("Defendants") hereby appeal to the United States Court of Appeals for the Third Circuit, from the Order entered February 17, 2026 by the District Court (Dkt. 139), denying Defendants' Motion to Compel Arbitration and Stay Proceedings and granting Plaintiffs' Motion to Enjoin Enforcement of Defendants' Arbitration Clause, and the accompanying Opinion.

Dated: March 6, 2026

Respectfully Submitted,

*/s/ Edward J. Bennett*
Edward J. Bennett (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Elise Baumgarten (*pro hac vice*)
Sean Douglass (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
ebennett@wc.com
jpitt@wc.com
ebaumgarten@wc.com
sdouglass@wc.com

Christopher H. Casey (50625)
Joseph Welsh (329626)

**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
chcasey@duanemorris.com
jrwelsh@duanemorris.com

*Counsel for Defendants Equifax Workforce Solutions LLC and Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on March 6, 2026, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania using the ECF system. The document is available for viewing and downloading.

                                                                                                                                                                      */s/Joseph R. Welsh*
                                                                                                                                                                       Joseph R. Welsh